UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLINTON PARKER, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:12-CV-999 |
| | § |
| HYPERDYNAMICS CORPORATION, *et al*, | § |
| | § |
| Defendants. | § |

**FINAL ORDER OF DISMISSAL**

For the reasons expressed in this Court's Opinion and Order issued this date in the above styled and number cause of action, it is hereby

ORDERED that this case is hereby DISMISSED.

THIS IS A FINAL ORDER.

SIGNED at Houston, Texas, this 25th day of August, 2015.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE